Enoch HENDON, Movant, v. WEST KENTUCKY RURAL ELECTRIC COOPERATIVE CORPORATION, Opposed.

Court of Appeals of Kentucky.

Dec. 13, 1940.

Speight & Wiggins for movant.

Farland Robbins, opposed.

PER CURIAM.

Motion for appeal overruled; judgment affirmed.

Perry LEWALLEN, Movant, v. WHITLEY COUNTY, Kentucky, Opposed.

Court of Appeals of Kentucky.

Dec. 13, 1940.

William R. Henry for movant.

Walter Ray Smith, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

SILVER FLEET MOTOR EXPRESS, Inc., Movant, v. C. M. HILL, Opposed.

Court of Appeals of Kentucky.

Dec. 13, 1940.

Stephens & Steely for movant.

L. O. Siler and Smith & Brown, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.